# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>　　Angela Marie Williams<br><br>　　　　Debtor(s) | Case No. 16 B 25556 |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

　　Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

　　1)　The case was filed on 08/09/2016.

　　2)　The plan was confirmed on 11/14/2016.

　　3)　The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 04/12/2017, 04/12/2017, 04/12/2017.

　　4)　The trustee filed action to remedy default by the debtor in performance under the plan on 09/27/2017.

　　5)　The case was Dismissed on 10/25/2017.

　　6)　Number of months from filing to last payment: 14.

　　7)　Number of months case was pending: 18.

　　8)　Total value of assets abandoned by court order: NA .

　　9)　Total value of assets exempted: NA .

　　10) Amount of unsecured claims discharged without payment: $0.00.

　　11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $3,326.95 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$3,326.95** |

## Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,171.19 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $155.76 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,326.95** |
| Attorney fees paid and disclosed by debtor: | $750.00 |

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ACS Student Loans | Unsecured | 19,112.00 | NA | NA | 0.00 | 0.00 |
| ADVENTIST BOLINGBROOK HOSPITA | Unsecured | 1,722.00 | NA | NA | 0.00 | 0.00 |
| ADVENTIST BOLINGBROOK HOSPITA | Unsecured | 1,590.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP as agent for | Unsecured | 2,140.00 | 1,550.18 | 1,550.18 | 0.00 | 0.00 |
| Associated St James Radiologists | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BCBS of Illinois | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Best Practices of Northwest | Unsecured | 921.00 | NA | NA | 0.00 | 0.00 |
| Cavalry SPV I LLC | Unsecured | 300.00 | 309.75 | 309.75 | 0.00 | 0.00 |
| Center for Neurological Diseases | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago | Unsecured | 244.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago | Unsecured | 421.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago | Unsecured | 465.00 | NA | NA | 0.00 | 0.00 |
| City of Country Club Hills | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Consultants in Clinical Pathology | Unsecured | 103.00 | NA | NA | 0.00 | 0.00 |
| Consultants in Laboratory Medicine | Unsecured | 10,000.00 | NA | NA | 0.00 | 0.00 |
| Cook County Department of Revenue | Unsecured | 113.00 | NA | NA | 0.00 | 0.00 |
| Cook County Department of Revenue | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| Department Of Education | Unsecured | 0.00 | 53,413.86 | 53,413.86 | 0.00 | 0.00 |
| DuPage Medical Group | Unsecured | 314.00 | NA | NA | 0.00 | 0.00 |
| Emergency Healthcare Phys | Unsecured | 31.00 | NA | NA | 0.00 | 0.00 |
| EMP of Cook County | Unsecured | 672.00 | NA | NA | 0.00 | 0.00 |
| Evergreen Emergency Service | Unsecured | 204.00 | NA | NA | 0.00 | 0.00 |
| Evergreen Emergency Service Ltd | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Evergreen Emergency Services Ltd | Unsecured | 358.00 | NA | NA | 0.00 | 0.00 |
| Express Scripts, Medco | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| G & T Orthopaedic & Sports Medicine | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| Global Financial Credit | Unsecured | 25,000.00 | NA | NA | 0.00 | 0.00 |
| Gottlieb Memorial Hospital | Unsecured | 401.00 | NA | NA | 0.00 | 0.00 |
| Hinsdale Neurology | Unsecured | 5,000.00 | NA | NA | 0.00 | 0.00 |
| Hinsdale Orthopaedics | Unsecured | 5,000.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept Of Human Services | Unsecured | 35,671.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Illinois Tollway | Unsecured | 65.00 | NA | NA | 0.00 | 0.00 |
| Image Ambulances Inc | Unsecured | 895.00 | NA | NA | 0.00 | 0.00 |
| Integrys Energy | Unsecured | 4,228.00 | NA | NA | 0.00 | 0.00 |
| James Schlenker MD | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| John B McClellan, MD | Unsecured | 5,000.00 | NA | NA | 0.00 | 0.00 |
| Little Company of Mary Hospital | Unsecured | 1,201.00 | NA | NA | 0.00 | 0.00 |
| Little Company of Mary Hospital | Unsecured | 1,369.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 1,590.00 | NA | NA | 0.00 | 0.00 |
| Metro South Medical Center | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| MH Cotton | Unsecured | 114.00 | NA | NA | 0.00 | 0.00 |
| Michigan Ave Medical Associate | Unsecured | 4,676.00 | NA | NA | 0.00 | 0.00 |
| Natural Instincts | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Neeraj Join MD | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| Nelnet on behalf of NJHESAA | Unsecured | 20,920.00 | 20,914.20 | 20,914.20 | 0.00 | 0.00 |
| Northwest Community Healthcare | Unsecured | 2,629.00 | NA | NA | 0.00 | 0.00 |
| Northwest Community Hospital | Unsecured | 5,000.00 | NA | NA | 0.00 | 0.00 |
| Northwest Radiology Associates | Unsecured | 81.00 | NA | NA | 0.00 | 0.00 |
| PBBM Sales, MD & Assoc | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| PC Goodwin Medical LLC | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| Pinnacle Pain Specialists | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| Plastic Surgery & Hand Specialist | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Preferred Open MRI | Unsecured | 20,000.00 | NA | NA | 0.00 | 0.00 |
| Pronger Smith Medical Care | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| Pronger Smith Medical Care | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| Radiology Imaging Consultants | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| Radiology Imaging Specialists LTD | Unsecured | 31.00 | NA | NA | 0.00 | 0.00 |
| Radiology Imaging Specialists LTD | Unsecured | 31.00 | NA | NA | 0.00 | 0.00 |
| Ricahrd Beaty DO | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Ridge Orthopedics & Rehabilitation | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| Riveridge Hospital | Unsecured | 103.00 | NA | NA | 0.00 | 0.00 |
| Robert J Adams & Associates | Unsecured | 4,830.00 | 6,413.68 | 6,413.68 | 0.00 | 0.00 |
| Rush | Unsecured | 5,000.00 | NA | NA | 0.00 | 0.00 |
| Southwest Medical Center | Unsecured | 305.00 | NA | NA | 0.00 | 0.00 |
| Sprint | Unsecured | 496.00 | NA | NA | 0.00 | 0.00 |
| The Art Institutes | Unsecured | 4,216.00 | NA | NA | 0.00 | 0.00 |
| Universal Radiology | Unsecured | 355.00 | NA | NA | 0.00 | 0.00 |
| US Rehabilitation Service Ltd | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| Village of Arlington Heights EMS | Unsecured | 5,000.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$82,601.67** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,326.95 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS :** | **$3,326.95** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 02/20/2018                         By: /s/ Marilyn O. Marshall
                                                         Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**